JOHN GERAGHTY AND WILLIAM TAYLOR, PLAINTIFFS IN ERROR, v. WILLIAM McMICKER, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiffs in error, *Joseph C. Potts.*

The opinion of the court was delivered by

DALRIMPLE, J. In my opinion, the precise questions raised in this case are ruled by the case of *Geraghty et al.* v. *Hackley,* 7 *Vroom* 459.

That case having been deliberately heard and decided by this court, we are bound, under the circumstances, to apply to the present case the doctrine of *stare decisis* and affirm the judgment below, with costs.

Messenger et al. v. Pennsylvania R. R. Co.

THE CHANCELLOR. I consider the conditions under which this case comes before us, unfavorable for a reconsideration of the decision of this court in Geraghty v. Hackley. I am unwilling to disturb that decision and therefore concur in the conclusion arrived at by the other members of the court.

*For affirmance*—The CHANCELLOR, BEDLE, DALRIMPLE, SCUDDER, CLEMENT, DODD, GREEN, WALES. 8.

*For reversal*—None.